UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| MIKE'S OPEN FACE BREAKFAST, INC., | : | |
| | : | |
| Debtor | : | Bky. No. 13-13583 ELF |

| | | |
|---|---|---|
| CHUNG M. CHOI, | : | |
| DAE EUP CHOI, | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | Adv. No. 13-0590 |
| MIKE'S OPEN FACE BREAKFAST, INC., | : | |
| | : | |
| Defendant | : | |

# O R D E R

**AND NOW**, following a status hearing held on **December 11, 2013**, and for the reasons stated in court, it is hereby **ORDERED** that the Plaintiff's Complaint and the above adversary proceeding are **DISMISSED**.

Date: <u>December 12, 2013</u>

ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE